DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Darrell Scott Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 01:06-cr-00017 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS HEARING, AND ORDER THEREON |
| v. ) | |
| DARRELL SCOTT ANDERSON, ) | Date: May 8, 2006 Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the motions hearing in the above-entitled matter now set for April 17, 2006  may be continued to **May 8, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: April 7, 2006           By:      /s/  David L. Gappa
                                        DAVID L. GAPPA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

DATED: April 7, 2006           By:      /s/ Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DARRELL SCOTT ANDERSON
```

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   April 7, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE