DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Darrell Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-0017 AWI |
| *Plaintiff*, ) | ORDER RE RECOMMENDATION FOR SERVICE OF SENTENCE |
| v. ) | |
| DARRELL ANDERSON, ) | |
| *Defendant*. ) | |

   GOOD CAUSE APPEARING, the Court recommends that the defendant be incarcerated at an institution at Butner, NC / California (Lompoc/Terminal Island) facility, but only insofar as this recommendation accords with security classification and space availability.

   The government does not object to this order.

           DAVID L. GAPPA

           Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   October 5, 2007**            **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE